# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

161379

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DORIAN CHARNELL CLEMENTS,
      Defendant-Appellant.

SC: 161379
COA: 352697
Washtenaw CC: 19-000192-FH

_____/

On order of the Court, the application for leave to appeal the March 24, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment of the Court of Appeals addressing the trial court's assessment of court costs pursuant to MCL 769.1k(1)(b)(*iii*), and we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *People v Lewis* (Court of Appeals Docket No. 350287). After *Lewis* is decided, the Court of Appeals shall reconsider this case in light of *Lewis*.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk

t1014